APROVED 2/2/26
/S/ Matthew J. Maddox
U.S. District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| OLVIN ALEXANDER ENAMORADO-RUBIO,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents. | Civil Action No. 1:26-cv-00213-MJM |

## JOINT STATUS REPORT

Pursuant to this Court's Order of January 23, 2026 (ECF No. 8), the parties hereby submit this Joint Status Report and state as follows:

1. On January 27, 2026, Petitioner appeared for a bond hearing before an Immigration Judge ("IJ") in Aurora, Colorado.

2. After consideration of the evidence, the IJ set a bond of $20,000. Petitioner is currently being detained at the Denver Contract Detention Facility pending the processing of bond.

3. All parties are in compliance with the Court's Order of January 23, 2026.

4. The Parties ask that the Court order that no further Status Reports be required, and that the case be closed.